```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #:
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 3/25/11
-----------------------------------------------X
```

DEXIA HOLDINGS, INC.; FSA ASSET                    :
MANAGEMENT LLC; DEXIA CREDIT LOCAL, NEW            :
YORK BRANCH, NEW YORK LIFE INSURANCE              :
COMPANY; NEW YORK LIFE INSURANCE AND              :        11 CIV 1259 (RMB)
ANNUITY CORPORATION; THE MAINSTAY                 :
FUNDS; MAINSTAY VP SERIES FUND, INC.;             :        ECF Case
TEACHERS INSURANCE AND ANNUITY                    :
ASSOCIATION OF AMERICA; TIAA-CREF LIFE            :        **STIPULATION**
INSURANCE COMPANY; TIAA GLOBAL                    :        **AND ORDER**
MARKETS, INC.; COLLEGE RETIREMENT                 :
EQUITIES FUND; and THE TIAA-CREF FUNDS,           :
                                                  :
                         Plaintiffs,              :
                                                  :
            v.                                    :
                                                  :
COUNTRYWIDE FINANCIAL CORPORATION;                :
COUNTRYWIDE HOME LOANS, INC.,                     :
COUNTRYWIDE HOME LOANS SERVICING, LP;             :
CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ,     :
INC.; COUNTRYWIDE SECURITIES CORPORATION;         :
COUNTRYWIDE CAPITAL MARKETS, LLC;                 :
ANGELO MOZILO; DAVID A. SAMBOL; BANK OF           :
AMERICA CORP.; BAC HOME LOANS SERVICING,          :
L.P.; NB HOLDINGS CORPORATION; STANFORD L.        :
KURLAND; DAVID A. SPECTOR; ERIC P.                :
SIERACKI; N. JOSHUA ADLER; RANJIT                 :
KRIPALANI; JENNIFER S. SANDEFUR; THOMAS K.        :
McLAUGHLIN; THOMAS H. BOONE; and JEFFREY          :
P. GROGIN,                                        :
                                                  :
                         Defendants.              :
-----------------------------------------------X

WHEREAS, plaintiffs initially commenced this action in the Supreme Court of the State

of New York for the County of New York ("State Court") by Summons and Complaint dated

January 24, 2011; and

WHEREAS, defendants Countrywide Financial Corp., Countrywide Home Loans, Inc.,

Countrywide Home Loans Servicing, L.P., CWALT, Inc., CWABS, Inc., CWHEQ Inc.,

Countrywide Securities Corp., Countrywide Capital Markets, LLC, and N. Joshua Adler (the

"Removing Defendants") removed the action to this Court on February 23, 2011, and each of defendants CWMBS, Inc., Bank of America Corp., NB Holdings Corporation, BAC Home Loans Servicing, L.P., Angelo Mozilo, David A. Sambol, Stanford L. Kurland, David A. Spector, Eric P. Sieracki, Ranjit Kripalani, Jennifer Sandefur, Thomas K. McLaughlin, Thomas H. Boone, and Jeffrey P. Grogin (collectively, with the Removing Defendants, "Defendants") consented to that removal; and

WHEREAS, Plaintiffs Dexia Holdings, Inc., FSA Asset Management LLC, Dexia Crédit Local, New York Branch, New York Life Insurance Co., New York Life Insurance and Annuity Corp., The MainStay Funds, MainStay VP Series Fund, Inc., Teachers Insurance and Annuity Association of America, TIAA-CREF Life Insurance Co., TIAA Global Markets, Inc., College Retirement Equities Fund, and the TIAA-CREF Funds (collectively, the "Plaintiffs") sent a letter to the Court, dated March 4, 2011, requesting a pre-motion conference in accordance with the Court's Individual Practices with respect to Plaintiffs' anticipated motion to remand this action to State Court (the "Remand Motion"), and the Court, by Order dated March 11, 2011, has deemed the Remand Motion to have been made on March 4, 2011; and

WHEREAS, by prior stipulation of the Plaintiffs and Defendants (collectively, the "Parties") and Order of the Court dated March 7, 2011, the time for all Defendants to answer or otherwise respond to the Complaint (including the submission of any pre-motion letter pursuant to this Court's Individual Practices) was extended to March 25, 2011, or until a later date is agreed to by stipulation of the Parties or ordered by this Court , and Defendants Angelo Mozilo, David A. Sambol, Stanford L. Kurland, David A. Spector, Eric P. Sieracki, Ranjit Kripalani, Jennifer Sandefur, Thomas K. McLaughlin, Thomas H. Boone, and Jeffrey P. Grogin reserved all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the Summons or Complaint or the documents served therewith; and

WHEREAS, all Defendants intend to file motions to dismiss the Complaint; and

2

WHEREAS, by order dated March 7, 2011, the Court set a pre-motion conference on Plaintiffs' Remand Motion for March 28, 2011; and

WHEREAS, the Parties wish to extend the time for all Defendants to answer or otherwise respond to the Complaint (including the submission of pre-motion letters on the contemplated motions to dismiss pursuant to this Court's Individual Practices) to a date after the March 28, 2011 pre-motion conference; and

WHEREAS, one prior request for adjournment has been made;

IT IS THEREFORE STIPULATED AND AGREED, by counsel for the undersigned parties, as follows:

1.    Defendants' time to answer or otherwise respond to the Complaint (including the submission of pre-motion letters on the contemplated motions to dismiss pursuant to this Court's Individual Practices) is extended through and including March 30, 2011, or until a later date is agreed to by stipulation of the Parties or ordered by this Court.

2.    This stipulation is subject to further agreement by the Parties or Order of this Court setting a coordinated schedule for responding to the Complaint pursuant to this Court's Individual Practices.

Dated: March 23, 2011

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
    David L. Wales
    dwales@blbglaw.com
    Jai Chandrasekhar
    jai@blbglaw.com
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
*Attorneys for Plaintiffs*

3

IRELL & MANELLA LLP

*Julie M. Davis* /mf

By    David Siegel (*pro hac vice*)
        dsiegel@irell.com
        Julie M. Davis
        jdavis@irell.com
        A. Matthew Ashley (*pro hac vice*)
        MAshley@irell.com
        Allison Libeu (*pro hac vice*)
        ALibeu@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

*Attorneys for Defendant Angelo Mozilo*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By    Frank M. Scaduto
        fscaduto@orrick.com
        Michael D. Torpey (*pro hac vice*)
        mtorpey@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

Michael C. Tu (*pro hac vice*)
mtu@orrick.com
Teodora Manolova (*pro hac vice*)
tmanolova@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
(213) 629-2020

*Attorneys for Defendant David A. Sambol*

4

DLA PIPER US LLP

By: *Keara M. Gordon /mf*
    Keara M. Gordon
    keara.gordon@dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4632

*Attorneys for Defendant Eric P. Sieracki*

CALDWELL LESLIE & PROCTOR, PC

By: *David C. Codell /mf*
    Christopher G. Caldwell (*pro hac vice*)
    caldwell@caldwell-leslie.com
    David C. Codell (*pro hac vice*)
    codell@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
(213) 629-9040

BRUNE & RICHARD LLP
Theresa Trzaskoma
ttrzaskoma@bruneandrichard.com
One Battery Park Plaza, 34th Floor
New York, NY 10004

*Attorneys for Defendants Stanford L. Kurland and Jeffrey P. Grogin*

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Kevin Logue /mf*
    Kevin Logue
    kevinlogue@paulhastings.com
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
(212) 318-6000

*Attorneys for Defendants Ranjit Kripalani, Jennifer S. Sandefur,
Thomas K. McLaughlin, and Thomas H. Boone*

5

BINGHAM McCUTCHEN LLP

*Leiv Blad /HF*

By:    Leiv Blad (*pro hac vice* application forthcoming)
leiv.blad@bingham.com
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
*Attorneys for Defendant David A. Spector*

GOODWIN PROCTER LLP

*Mark Holland /me*

Mark Holland
mholland@goodwinprocter.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel. (212) 813-8800

Brian E. Pastuszenski (*pro hac vice* application forthcoming)
pastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice* application forthcoming)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (*pro hac vice* application forthcoming)
bdevine@goodwinprocter.com
53 State Street
Exchange Place
Boston, MA 02464
(617) 570-1334

*Attorneys for Defendants Countrywide Financial Corp. Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corp., CWALT, Inc., CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler*

6

O'MELVENY & MYERS LLP

_William J. Sushon/kf_
 Bradley J. Butwin
 bbutwin@omm.com
 Jonathan Rosenberg
 jrosenberg@omm.com
 William J. Sushon
 wsushon@omm.com
7 Times Square
New York, NY 10036
(212) 326-2000
*Attorneys for Defendants Bank of America Corp., BAC Home Loan Servicing, L.P., and NB Holdings Corp.*

SO ORDERED:

Honorable Richard M. Berman
United States District Judge

Dated: **3/25/11**