UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEXIA HOLDINGS, INC., et al.,

                           Plaintiffs,

      - against -

COUNTRYWIDE FINANCIAL CORP., et al.,

                           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

11 Civ. 1259 (RMB)

**ADMINISTRATIVE ORDER**

Let's try this (in accordance with the conference on March 28, 2011, see Tr. of Proceedings, dated Mar. 28, 2011):

(1) Plaintiffs shall file their motion to remand on or before April 8, 2011;

(2) Defendants shall file their (joint) response and (joint) motion to transfer and dismiss (in one document) on or before May 13, 2011;

(3) Plaintiffs shall file their reply and response to Defendants' motion to transfer and dismiss (in one document) on or before May 27, 2011; and

(4) Defendants may submit a surreply on or before June 3, 2011.

The parties are directed to adhere to the Court's Individual Practices for the applicable page limits. The motions are "on submission."

Dated: New York, New York
       April 4, 2011

                                                  /s/ RMB
                                          RICHARD M. BERMAN, U.S.D.J.